[No. 3239-1.   Division One.   December 16, 1974.]

THE STATE OF WASHINGTON, *Petitioner*, v. STEPHEN RAY BROWN *et al.*, *Respondents*.

Certiorari to review a judgment of the Superior Court for Snohomish County, No. 6721, Robert C. Bibb, J., entered August 19, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2691-1.   Division One.   December 16, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME SHERBON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 65592, Frank J. Eberharter, J., entered November 26, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Callow, J.

[No. 2460-1.   Division One.   December 16, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. TERENCE WAYNE BRADY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 63545, Horton Smith, J., entered July 9, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Callow, JJ.

[No. 2554-1.   Division One.   December 16, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HARRISON JOHNSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 64900, James J. Dore, J., entered September 28, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Horowitz and Williams, JJ.